# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00590-CR

**Alejandro Saucedo Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF CALDWELL COUNTY, 421ST JUDICIAL DISTRICT
NO. 08-169, HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

We have received notice from the district clerk's office that subsequent to issuing our opinion and judgment in the above cause, but prior to issuing our mandate, the appellant, Alejandro Saucedo, Jr., died. Attached to the notice was Saucedo's obituary showing that he died on March 27, 2011. As required by the rules of appellate procedure, we withdraw our opinion and judgment dated February 18, 2011, recall our mandate issued on May 24, 2011, and permanently abate the appeal. *See* Tex. R. App. P. 7.1(a)(2), 18.7.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Permanently Abated

Filed:   July 13, 2011

Do Not Publish